**PATRICK W. KANG, ESQ.**
Nevada Bar No.: 10381
**KYLE R. TATUM, ESQ.**
Nevada Bar No.: 13264
**PAUL H. WOLFRAM, ESQ.**
Nevada Bar No.: 16025
**ACE LAW GROUP**
6480 W. Spring Mountain Rd., Ste. 1
Las Vegas, NV 89146
P: 702.333.4223
F: 702.507.1468
filing@acelawgroup.com
*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| KENNEDY NORDER, an Individual;<br><br>Plaintiff<br><br>v.<br><br>ARIZONA CHARLIE'S, LLC a Domestic Limited-Liability Company; DOES 1 Through 25, inclusive; and ROE CORPORATIONS 1 Through 25, inclusive,<br><br>Defendant | Case No.: 2:26-cv-01548-CDS-BNW<br><br>**STIPULATION AND ORDER TO REMAND TO NEVADA STATE COURT**<br><br>[ECF No. 7] |

Plaintiff KENNEDY NORDER ("Plaintiff"), by and through her attorneys of record, ACE LAW GROUP and Defendant Fresca LLC d/b/a Arizona Charlie's (erroneously named as "Arizona Charlie's LLC"), by and through their counsel of record, JACKSON LEWIS P.C., and hereby stipulate to remand this matter to the Eighth Judicial District Court in Clark County, Nevada for further proceedings.

ACE LAW GROUP
6480 W SPRING MOUNTAIN RD., STE 1
LAS VEGAS, NV 89146

1

IT IS HEREBY STIPULATED that this matter be remanded, by agreement, for resolution to the Nevada State Court.  Defendant filed a removal based on an understanding that Defendant was served on April 20, 2026, and thus believed removal was timely on May 20, 2026.  Defendant subsequently learned, through a Proof of Service provided by Plaintiff, that Defendant was served on April 17, 2026, rendering removal on May 20, 2026 untimely.  Defendant only learned of the error after filing the removal.  Thus, the parties have stipulated to remand the case to the Nevada State Court.

Both sides acknowledge that further orders and decisions shall be entered and effective through Nevada State Court upon remand.

DATED this 16th day of June 2026.          DATED this 16th day of June 2026.

**ACE LAW GROUP**                          **JACKSON LEWIS P.C.**

/s/ Paul H. Wolfram, Esq.____              /s/ Deverie J . Christensen, Esq._____
**PATRICK W. KANG, ESQ.**                  **DEVERIE J. CHRISTENSEN, ESQ.**
Nevada State Bar No. 10381                 Nevada State Bar No. 6596
**KYLE R. TATUM, ESQ.**                    300 S. Fourth Street, Suite 900
Nevada State Bar No.: 13264                Las Vegas, NV 89101
**PAUL H. WOLFRAM, ESQ.**                  *Attorneys for Defendant*
Nevada State Bar No.: 16025                *Fresca, LLC dba Arizona Charles*
ACE LAW GROUP
6480 W. Spring Mountain Rd., Ste. 1
Las Vegas, NV 89146
*Attorney for Plaintiff*

**ORDER**

IT IS SO ORDERED. The Clerk of Court is kindly instructed to remand this matter, A-26-943240-C, to the Eighth Judicial District Court, Department 29, and close case.

_____
UNITED STATES DISTRICT JUDGE
Dated: June 18, 2026

*Margin (left side):* ACE LAW GROUP, 6480 W SPRING MOUNTAIN RD., STE 1, LAS VEGAS, NV 89146